The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON MACK, LINDSEY FARROW, and LESLIE BETANCOURT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-01310-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES |

## [PROPOSED] ORDER

The Parties' Stipulated Motion to Stay Deadlines is GRANTED.  Accordingly, the Court orders that:

1. All current deadlines set forth in the operative case schedule (Dkt. No. 47) are hereby stayed for thirty (30) days; and

2. If the Parties do not file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on or before February 5, 2024, the Parties shall submit a joint status update to the Court on February 6, 2024.

SO ORDERED this 8th day of January 2024.

*/s/ John C. Coughenour*

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| DOVEL & LUNER, LLP | K&L GATES LLP |
| By: /s/ Jonas B. Jacobson | By: /s/ David A. Bateman |
| Jonas B. Jacobson (Cal. Bar No. 269912)* | David A. Bateman, WSBA # 14262 |
| jonas@dovel.com | Ruby A. Nagamine, WSBA # 55620 |
| Simon Franzini (Cal. Bar No. 287631)* | K&L Gates LLP |
| simon@dovel.com | 925 Fourth Avenue, Suite 2900 |
| DOVEL & LUNER, LLP | Seattle, Washington 98104-1158 |
| 201 Santa Monica Blvd., Suite 600 | Tel: +1 206 623 7580 |
| Santa Monica, California 90401 | Fax: +1 206 623 7022 |
| Telephone: (310) 656-7066 | Email: david.bateman@klgates.com |
| Facsimile: (310) 656-7069 | Email: ruby.nagamine@klgates.com |
| | |
| Wright A. Noel, WSBA No. 25264 | Jennifer J. Nagle, *Pro Hac Vice* |
| CARSON & NOEL, PLLC | Robert W. Sparkes, III, *Pro Hac Vice* |
| 20 Sixth Ave. NE | Michael R. Creta, *Pro Hac Vice* |
| Issaquah WA 98027 Tel: 425-395-7786 | K&L Gates LLP |
| Fax: 425-837-5396 | One Congress Street, Suite 2900 |
| Email: wright@carsonnoel.com | Boston, MA 02114 |
| | Tel: +1 617 261 3100 |
| | Fax: +1 617 261 3175 |
| *Counsel for Plaintiffs* | Email: jennifer.nagle@klgates.com |
| *Pro Hac Vice | Email: robert.sparkes@klgates.com |
| | Email: michael.creta@klgates.com |
| | |
| | Loly G. Tor, *Pro Hac Vice* |
| | K&L Gates LLP |
| | One Newark Center, 10th Fl. |
| | Newark, NJ 07102 |
| | Tel: +1 973 848 4026 |
| | Fax: +1 973 848 4001 |
| | Email: loly.tor@klgates.com |
| | |
| | *Counsel for Amazon.com, Inc.* |

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO STAY DEADLINES - 2
Case No.: 2:22-CV-01310-JCC