THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON MACK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | CASE NO. C22-1310-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 50). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without further recovery for the named plaintiffs, and without prejudice with respect to putative class members. The Clerk is DIRECTED to close this case.

//
//
//
//

MINUTE ORDER
C22-1310-JCC
PAGE - 1

DATED this 17th day of January 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

MINUTE ORDER
C22-1310-JCC
PAGE - 2